FILED'08 SEP 04 13:05USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF OREGON

| | |
|---|---|
| DONALD KUEHL,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No.  3:07-CV-6230-MO<br><br>JUDGMENT |

It is hereby ORDERED and ADJUDGED that the above-captioned case be reversed and

remanded for further administrative proceedings consistent with this Court's Order,

released _____.

DATED this ___4th___ day of ___Sep_____ 2008.

_____
UNITED STATES DISTRICT JUDGE

JUDGMENT [3:07-cv-6230-MO]